No. 690. POLLER v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Abraham L. Freedman* for petitioner. *Samuel I. Rosenman, Ambrose Doskow* and *Leon R. Brooks* for respondents.

No. 77. ARISTEGUIETA v. FIRST NATIONAL CITY BANK OF NEW YORK ET AL. C. A. 5th Cir.; and No. 688. ARISTEGUIETA v. FIRST NATIONAL CITY BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari granted. *Dean Acheson, Howard C. Westwood, David C. Acheson, William G. Ward, Sidney S. Sachs, William H. Allen* and *John Logan O'Donnel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* filed a memorandum for the United States, as *amicus curiae,* in support of the petition in No. 77. *John A. Wilson, Alexis C. Coudert* and *Melber Chambers* for First National City Bank of New York, French American Banking Corp. and Royal Bank of Canada; *Wilson B. Copes, Wellman P. Thayer* and *William L. Kimler* for Napoleon Dupouy; *D. W. Dyer, Otto C. Sommerich, Benjamin Busch* and *Albert M. Herrmann* for Silvio Gutierrez, respondents. Reported below: 274 F. 2d 206; 287 F. 2d 219.

No. 617. GARNER ET AL. v. LOUISIANA; No. 618. BRISCOE ET AL. v. LOUISIANA; and No. 619. HOSTON ET AL. v. LOUISIANA. Supreme Court of Louisiana. Certiorari granted. *A. P. Tureaud, Thurgood Marshall, Jack Greenberg, Louis H. Pollak* and *James M. Nabrit III* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *N. Cleburn Dalton,* Assistant Attorney General, and *John F. Ward, Jr.* for respondent. Reported below: —— La. ——, —— So. 2d ——.